**UNITED STATES of America, Plaintiff—Appellee,**

v.

**William George YOUNG, Defendant— Appellant.**

No. 04–30289.

United States Court of Appeals, Ninth Circuit.

Aug. 15, 2005.

James P. Hagarty, Esq., Office of the U.S. Attorney, Yakima, WA, for Plaintiff–Appellee.

Edwin F. Alden, Esq., Kennewick, WA, for Defendant–Appellant.

Eastern District of Washington, Spokane. D.C. No. CR–03–02104–WFN.

Before: THOMPSON, MCKEOWN, and GOULD, Circuit Judges.

ORDER

The Petition for Rehearing is DENIED.

The full court has been advised of the Petition for Rehearing En Banc and no judge of the court has requested a vote on the Petition for Rehearing En Banc. Fed. R.App. P. 35. Appellant's Petition for Rehearing En Banc is also DENIED.

The federal Plaintiff–Appellee's Motion to Publish the Court's memorandum disposition dated July 8, 2005 is GRANTED.

The memorandum disposition issued on July 8, 2005 is WITHDRAWN, and an opinion will be filed in due course. The Appellant shall be permitted a Petition for Rehearing and/or a Petition for Rehearing

of this circuit except as provided by Ninth Circuit Rule 36–3.

En Banc with regard to the opinion that will subsequently be filed.